# United States District Court
## Violation Notice

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SMS | 9692810 | JENKINS | 1524 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/22/2024 · 1832 | 18 USC 661 |

Place of Offense

BLDG 15 Room 1F123

Offense Description: Factual Basis for Charge                    HAZMAT ☐

THEFT OF PERSONAL PROPERTY

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HARRISON | SAHARA | A |

Street Address

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov →**   $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| You Will Be Notified | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9692810*

CVB SCAN 04/05/2024 13:16

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

**F I L E D**

Jan 15 2025

**ARTHUR JOHNSTON, CLERK**

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
                Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
                Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 04/05/2024 13:16

CVB SCAN 04/05/2024 13:16

# Statement of Probable Cause

**Location Code:** SM 5

**Violation Number:** 9692810

**Date of Violation:** 02/22/2024

**Offense Description:** 18 USC 661 (Theft of Personal Property)

I state that on 02/26/2024 while exercising my duties as a law enforcement officer in the Southern District of Southern Mississippi I witnessed, via surveillance video footage, Ms. Harrison enter a deceased patient's room and then exited the room with property which matched the description as described by the complainant.

The foregoing statement is based upon my personal observation.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

03/27/2024
_____
Date

_____
Mark S. Jenkins #1524